IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MABREY DUFF,  )
    Plaintiff,  )
      )
v.  )    No. 3:06-CV-41
      )    (Phillips)
LOCKHEED MARTIN ENERGY SYSTEMS, INC.,  )
and BWXT Y-12, L.L.C.,  )
    Defendant.  )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Lockheed Martin Energy Systems, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Mabrey Duff take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Lockheed Martin Energy Systems, Inc., recover of the plaintiff Mabrey Duff its costs of action.

The final pretrial conference scheduled for September 20, 2006 and the trial scheduled for September 25, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of August, 2006.

                                                        s/ Patricia L. McNutt
                                                          Clerk of Court