IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MABREY DUFF,<br>     Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN ENERGY SYSTEMS, INC.,<br>and BWXT Y-12, L.L.C.,<br>     Defendant. | No. 3:06-CV-41<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant BWXT Y-12, L.L.C. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Mabrey Duff take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant BWXT Y-12, L.L.C. recover of the plaintiff Mabrey Duff its costs of action.

The final pretrial conference scheduled for September 20, 2006 and the trial scheduled for September 25, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of August, 2006.

    s/ Patricia L. McNutt    <br>
    Clerk of Court